# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

154693 (41)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TERRELL ALBERT BISHOP,
      Plaintiff-Appellant,

v

SC: 154693
COA: 333757

DEPARTMENT OF CORRECTIONS DIRECTOR
and DEPARTMENT OF CORRECTIONS,
      Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's May 1, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018

Clerk

t0625